SALVATORE TUCCILLO v. JOHN T CLARK & SON, INC.,
ET AL.

Decided January 19, 1927.

**Negligence—Injury to Longshoreman While in Employ of Defend-
ant—Verdict Held Not Unduly Excessive.**

On defendants' rule to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices TRENCHARD
and MINTURN.

For the rule, *Edward A. Markley.*

*Contra, Nathaniel Kent.*

PER CURIAM.

The plaintiff sued to recover compensation for personal
injuries sustained by him while working as a longshoreman
for the defendant John T. Clark & Son, Inc. The trial re-
sulted in a verdict in his favor and against that defendant.
The other defendant, who was the owner of the steamship
upon which the accident happened, was exonerated by the
jury. The plaintiff's damages were assessed at $3,000.

The only question argued before us on this rule is the
alleged excessiveness of the verdict. Our examination of the
testimony leads us to the conclusion that the award of the
jury is not so plainly excessive as to justify our setting it
aside.

The rule to show cause will be discharged.